## UNITED STATES FEDERAL COURT
## SOUTHERN DISTRICT OF FLORIDA

**CALVIN YOUNG**

   **Plaintiffs**

**Vs.**

**HSBC BANK N.A.**

   **Defendant**

CASE NO: ~~CACE-21-014765~~

25 - CV61893-MD

FILED BY _____ D.C.

JAN 21 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## NOTICE OF FILING
## NOTICE OF REMOVAL BASED ON
## NEW FOUND EVIDENCE

COMES NOW, Plaintiffs, CALVIN YOUNG AND MAURICE SYMONETTE and files for Notice of Removal due to States Court Lack of Jurisdiction. U.S. Attorney Andrew R. Scolaro doesn't have his Foreign Registration License as required by the 1938 F.A.R.A Act which allows him to work with Foreign Banks like HSBC which stands for (Hongkong and Shanghai Banking Corporation) which is an 100% Chinese bank, Exh. (1). Which is Treason because they're collecting U.S. Citizens Private info, for China a Foreign Nation! This is why they hide themselves, because they have no Jurisdiction... they can do no investment in "private residential real property" in the United States, 12 C.F.R. 1500, no deposit taking from an American citizens, 12 U.S.C. 378, 12 U.S.C. 1862, 12 U.S.C. 3102, **NO FORECLOSURE OF "PRIVATE RESIDENTIAL** real property" in the United

States, 12 C.F.R. 225.28, **NO EVICTIONS FROM PRIVATE RESIDENTIAL** real property in the United states under HUD,( Overseas Private Investment Corporation) 22 U.S.C. 2183, no state court proceedings 12 U.S.C. 632,  no 'liens" on real property in the United States 12 C.F.R. 211.4, no banking in the United States Public Law 89-485 section 3, no real estate loans in the United States, Public law 89-485 section 6(h), 12 U.S.C 29, 12 U.S.C. 375 b. no branching in the United States 12 U.S.C. 36, no home loans to individuals HOLA of 1933, 12 C.F.R. 225.28, no housing loans in the United States, 12 U.S.C. 1432b, **So now they're trying to ACT like HSBC is not a multinational foreign bank and their hiding it desperately, but they have made a Magnificent Mistake because they left the information of HSBC. So as to hide the fact that the Chinese are Foreclosing on American property in violation of Federal Law which says China, Germany, Japan, Arabia, and other Foreign Country Banks are not allowed to Buy America which is why they're stopping China from buying 400,000 Acres of Farmland in America now, because it's a violation of the 1938 F.A.R.A ACT.** (**Foreign Agents Registration Act of 1938 and 22 U.S.C. § 611 et seq.,** and **12 U.S.C. § 632**, because it conducts banking and foreclosure operations within the United States while under the **ownership, direction, and control of China** Exh.(2)which qualifies as a *foreign principal* under § 611(b). Evidence from federal filings establishes that **HSBC** is a foreign-controlled bank that conspired to circumvent federal law by using their parent corporations to acquire American banks, then use those domestic entities to foreclose on American citizens homes through bribery of Judges and manipulation of local courts, using Managers of Atty. Performance to finance Attys. to Pay (Bribe) the Judges this is by the fact in cases where there is are overturned cases because of Conflicts of Interest this is their normal Protocol, Google 131

Judges found Guilty of having Conflicts of Interest in the Wall Street Journal and the NY times in violation of **12 U.S.C. § 632** and multiple federal banking provisions (including **12 U.S.C. § 1432(b)**, **12 C.F.R. § 225.28**, and **22 U.S.C. § 2183**). These banks, owned by China Exh.(3), are prohibited from conducting evictions or foreclosures on private residential property in the United States because of such acts constitute foreign banking operations beyond the jurisdiction of any state court. Furthermore, the record demonstrates that **HSBC** continued to pursue foreclosure sales even after judicial orders canceling such actions—illustrating a pattern of racketeering and constructive fraud perpetrated under foreign direction. By failing to register as required under **FARA § 612(a)**, HSBC has operated as an *unregistered agent of a foreign principal*, making all of its foreclosure filings, affidavits, and evictions **void and unlawful** under **§ 618(a)** and case precedent (*United States v. Peace Information Center*, 97 F. Supp. 255 (D.D.C. 1951); *Attorney General v. Irish Northern Aid Committee*, 530 F. 241 (S.D.N.Y. 1981)). In combination with **12 U.S.C. § 632**, which **vests exclusive jurisdiction over foreign banking in the federal courts,** these unregistered activities strip any state tribunal of lawful authority, rendering all such foreclosures **void ab initio** and in violation of both the FARA Act and federal banking law. All using **Andrew R Scolaro** Attorney who is the Subservicer for HSBC NA/HSBC, (China), with **Aldridge Pite LLP.** using HSBC to who he allocated Monies to, to finance them as Attorneys to pay (bribe) the Judges to Rule in Foreign Bank's favor no matter what America's Laws say. Attorney **Andrew R Scolaro** is Disqualified! So, I Motioned Attorney **Andrew R Scolaro** to prove he's a Citizen, to show his Financial Statements and to show his Foreign Registration License as

Foreign Registration License as required by the 1938 F.A.R.A. ACT to be Regulated by the Federal Government and the D.O.J. Which is still a violation of the 1938 F.A.R.A. Act which says no Foreign Bank can do Business in America they can't sell, Assign, or Foreclose on a property. using **Andrew R Scolaro**. Aldridge Pike LLP. The Attorneys who are Foreclosing Calvin Young on behalf of HSBC and are the Partners with Aldridge Pike LLP who **Andrew R Scolaro** is an Associate Attorney for and so **Andrew R Scolaro** is operating without Authority because he has that as a Conflict of Interest, so **Andrew R Scolaro** is not with DOJ Authority just a plain Person without a Foreign Registration License all in Violation of the 1938 F.A.R.A. Act which is absolute Treason against America and Calvin Young. A notice of Removal can be filed again according to 28 U.S.C. §1446 (d),(g) and (e), governs removal, allowing successive removals (after a case is remanded) only under specific conditions, like when new grounds arise after the first attempt.


CALVIN YOUNG
1711 SW 85ᵗʰ AVE
MIRAMAR FL. 33025

MAURICE SYMONETTE
15020 S. RIVER Dr.
MIAMI FL. 33167

*Calvin Young*

YOU ARE HEREBY NOTIFIED that Defendant, ~~CALVIN YOUNG~~ AND

MAURICE SYMONETTE, in the above-styled action has, on this day,

submitted for filing a Notice of Removal to the United States District Court for

the Southern District of Florida, Miami Division. A copy of the Notice of

Removal is attached hereto as Exhibit "A." The removal of the above-styled

action to the United States District Court for the Southern District Florida, Miami

has been effectuated thereby. Please serve the undersigned with copies of all

pleadings that may be filed by you in the United States District Court for the

Southern District of Florida pursuant to the removal of this cause and in

accordance with the Federal Rules of Civil Procedure.

Dated this 12 day of | 01/20/2026 |

Respectfully submitted.

CALVIN YOUNG
1711 SW 85th AVE
MIRAMAR FL. 33025

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167
PHONE# 786-859-9421

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via E-

Mail or Regular U.S. Mail to the parties listed on the service list on this 12th day of August,

2025.

ALDRIDGE | PITE, LLP
Attorney for Plaintiff
401 W. Linton Blvd., Suite 202-B
Delray Beach, FL 33444
Telephone: (561) 392-6391
Facsimile: (561) 392-6965
John J. Cullaro

**Certificate of Service**

I MAURICE SYMONETTE , certify that on this date 01/20/2026 a true copy

of the foregoing document was mailed to: ALDRIDGE PITE, LLP

name(s) and address(es)

401 W. LINTON BLVD., SUITE 202-B DELRAY BEACH FL.

33444

By: MAURICE Symonette PRO SE
Printed or typed name of Filer

Signature of Filer

BigBoss1043@Yahoo.co
E-mail address

Florida Bar Number
786 859 9421
Phone Number

Facsimile Number

15020 S. RIVER DR
Street Address

Miami, FL., 33167
City, State, Zip Code

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

_Calvin Young_
Plaintiff/Petitioner

CASE # _CACE 21014765_

VS

Division _11_

_HSBC Bank NA_
Defendant/Respondent

## NOTICE OF FILING

( ✓ )Plaintiff/Petitioner          ( )Defendant/Respondent

_Notice of Removal 28 U.S.C. 1446 (D) (A-G)_

( )Plaintiff/Petitioner  ( )Defendant/Respondent:

Signature: _Calvin Young 1·20·26_

Address : _1711 SW 80 Ave_

City, State, Zip: _Mar Plt·_

Phone: _954 584 1115_

CALVIN YOUNG
1711 SW 85th AVE
MIRA FL. 33025

Date 01/20/2026

*Exh. 1*

**12:47**

🌐 HSBC Bank owned b...

---

Wikiwand
https://www.wikiwand.com › en › articles › Huifeng_Ba...

## HSBC Bank (China) - Wikiwand

**HSBC Bank (China)** Company Limited (Chinese:汇丰银行 (中国) 有限公司; often abbreviated as 汇丰中国) was one of the first foreign **banks** to incorporate locally in mainland **China** in 200...

---

HSBCnet
https://www.hsbcnet.com › gbm › products-services ›...

## Presence - HSBCnet

Presence **HSBC Bank (China)** Company Limited started operations in Shanghai in April 2007 as a wholly-foreign **owned bank**, solely **owned by** The Hongkong and Shanghai Banking...

---

wiki-gateway.eudic.net
https://wiki-gateway.eudic.net › wikipedia_en › HSBC_...

## <u>HSBC Bank (China)</u>

**HSBC Bank (China)** Company Limited (Chinese:汇丰银行 (中国) 有限公司; often abbreviated as 汇丰中国) was one of the first foreign **banks** to incorporate locally in mainland **China** in 200...

---

en.cdf.org.cn
https://en.cdf.org.cn › cdf2019en › jgjs › 7054.htm

## The HSBC Group - en.cdf.org.cn

**HSBC Bank (China)** Company Limited started operations on 2 April 2007 as a wholly-foreign-**owned Bank** solely **owned by** The Hongkong and Shanghai Banking Corporation Limited....

---

← → 🔥 7 ☰

12:46

Exh. 2

 HSBC Bank owned b...     

---

 HSBC
https://www.about.hsbc.com.cn
    ...

## About HSBC | HSBC in mainland China

In 2024, **HSBC China** completed the acquisition of Citi's retail wealth management portfolio in mainland **China**. In 2025, **HSBC** unveiled its new office tower in Qianhai, Shenzhen,...

**News and media**    **Careers**    **Community**    **HSBC Tec**

---

 Wikiwand
https://www.wikiwand.com › en › articles › HSBC_Ban...
    ...

## HSBC Bank (China) - Wikiwand

**HSBC Bank (China)** Company Limited (Chinese:汇丰银行 (中国) 有限公司; often abbreviated as 汇丰中国) is the Chinese branch of the global **HSBC** financial institution, and was one of the fir...

---

 Wikiwand
https://www.wikiwand.com › en › articles › HSBC_Ban...
    ...

## HSBC Bank (China) - Wikiwand

**HSBC Bank (China)** Company Limited (Chinese: 汇丰银行 (中国)有限公司; often abbreviated as 汇丰中国) is the Chinese branch of the global **HSBC** financial institution, and was one ...

---

Le    leviathanencyclopedia.com
https://www.leviathanencyclopedia.com › article › HS...
    ...

## HSBC Bank (China) - Leviathan

2 days ago · **HSBC Bank (China)** Company Limited (Chinese : 汇丰银行 (中国)有限公司; often abbreviated as 汇丰中国) is the Chinese branch of the global **HSBC** financial institution, and...

---

            7    

1:04

*Exh. 3*

leviathanencyclopedi...

# HSBC Bank (China)

Last updated: January 21, 2026 at 1:02 AM

*This article is about the bank in mainland China. For the bank in Hong Kong, see HSBC (Hong Kong). For the global HSBC Group, see HSBC. For other individual entities of the group, see HSBC Bank.*

## HSBC Bank (China) Company Limited



Shanghai IFC complex in Pudong, with the north tower

1:18

Exh. 4

Cornell Law School

Search Cornell

L I I  Legal
Information
Institute

Q  Menu

**(d)** NOTICE TO ADVERSE PARTIES AND STATE COURT.—

Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

**(e)** COUNTERCLAIM IN 337 PROCEEDING.—

With respect to any counterclaim removed to a district court pursuant to section 337(c) of the Tariff Act of 1930, the district court shall resolve such counterclaim in the same manner as an original complaint under the Federal Rules of Civil Procedure, except that the payment of a filing fee shall not be required in such cases and the counterclaim shall relate back to the date of the original complaint in the proceeding before the International Trade Commission under section 337 of that Act.

**(g)** [1] Where the civil action or criminal prosecution that is removable under section 1442(a) is a proceeding in which a judicial order for testimony or documents is sought or issued or sought to be