# UNITED STATES FEDERAL COURT
## SOUTHERN DISTRICT OF FLORIDA

**CALVIN YOUNG**

   **Plaintiffs**

**Vs.**

**HSBC BANK N.A. Trustee Nomura**

**Home Equity Loan Inc.**

   **Defendant**

_____/

**CASE NO: 25-cv-61893-MD**

FILED BY_____D.C.

APR 02 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## LETTER IN RESPONSE TO MOTION TO REMAND
## THAT HSBC AND NOMARA ARE FOREIGN BANKS OWNED BY
## FOREIGN COUNTRIES IN VIOLATION OF THE 1938 FARA ACT. AND 12 U.S.C 632
## MAURICE SYMONETTE IS A THIRD PARTY AS PART OWNER. Exh. 16

COMES NOW, Plaintiffs, CALVIN YOUNG AND MAURICE SYMONETTE and files for this Notice of Removal due to States Court's Lack of Jurisdiction. The 1938 F.A.R.A. Act was created by America to stop Foreign Nations especially Germany, Japan, China, Russia, Arabia and Libya from doing business in America without being Regulated by the Federal Government under the 1938 F.A.R.A. ACT. These Foreign countries are not allowed to work with any indigenous citizen in America. Because any one of these countries can buy America 10 times over. This law was passed to stop these countries from buying America. If you want to take America you must

money according to the 1938 F.A.R.A. ACT. Attorney Andrew R. Scolaro whose foreclosing on this house does not have his Foreign Registration License as required by the 1938 F.A.R.A. Act which allows him to work with Foreign Banks like HSBC which stands for (Hongkong and Shanghai Banking Corporation) which is 100% owned by China the CCP, Exh. 1. And NOMARA Holdings Inc. is acting as the Servicer for the house, is a Japanese Financial Holding Company Headquartered in Tokyo, Exh. 2. Both of these companies are Foreign banks which is International Espionage Treason because they're collecting U.S. Citizens Private info, for China and Japan, Foreign Nations! This is why they hide themselves, because they have no Jurisdiction... they can only do business with the S.E.C. and International Banking. They can't do investments in "private residential real property" in the United States, 12 C.F.R. 1500, no deposit taking from an American citizens, 12 U.S.C. 378, 12 U.S.C. 1862, 12 U.S.C. 3102, *NO FORECLOSURE OF "PRIVATE RESIDENTIAL* real property" in the United States, 12 C.F.R. 225.28, *NO EVICTIONS FROM PRIVATE RESIDENTIAL* real property in the United states under HUD,( Overseas Private Investment Corporation) 22 U.S.C. 2183, no state court proceedings 12 U.S.C. 632,  no 'liens" on real property in the United States 12 C.F.R. 211.4, no banking in the United States Public Law 89-485 section 3, no real estate loans in the United States, Public law 89-485 section 6(h), 12 U.S.C 29, 12 U.S.C. 375 b. no branching in the United States 12 U.S.C. 36, no home loans to individuals HOLA of 1933, 12 C.F.R. 225.28, no housing loans in the United States, 12 U.S.C. 1432b, So now they're trying to **ACT** like HSBC is not a multinational foreign bank and their hiding it desperately, but they have made a Magnificent Mistake because they left the information of HSBC. So as to hide the fact that the Chinese are Foreclosing on American property in

violation of Federal Law which says China, Germany, Japan, Arabia, and other Foreign Country Banks are not allowed to Buy America which is why they're stopping China from buying 400,000 Acres of Farmland in America now, because it's a violation of the 1938 F.A.R.A ACT. (**Foreign Agents Registration Act of 1938 and 22 U.S.C. § 611 et seq.,** and **12 U.S.C. § 632**, because it conducts banking and foreclosure operations within the United States while under the **ownership, direction, and control of China,** Exh. 3. which qualifies as a *foreign principal* under § 611(b). Evidence from federal filings establishes that **HSBC** is a foreign-controlled bank that conspired to circumvent federal law by using their parent corporations to acquire American banks, then use those domestic entities to foreclose on American citizens homes through bribery of Judges and manipulation of local courts, using Managers of Atty. Performance to finance Attys. to Pay (Bribe) the Judges. You Judge Mellisa Damian have a Conflict of Interest with Charles Schwab Education Savings Acct#1 Age Based Moderate Track 10% in the amount of $100,000.00, found on her 2024 Financial Disclosure Report pg. 4, line 10 downloaded from uscourts.gov., Exh. 4. Which is Charles Schwab Corporation, Exh. 5. Which is Vanguard, Exh. 6. which is HSBC, Exh. 7. She has a Conflict of Interest with Charles Schwab Education Savings Acct#2 Age Based Moderate Track 10% in the amount of $100,000.00, on page 4. Line 11. Exh. 4. Which is Charles Schwab Corporation, Exh. 5. Which is Vanguard, Exh. 6. which is HSBC, Exh. 7. She has a Conflict of Interest with Fidelity Emerging Market Idx in the amount of $50,000.00 on pg. 5 line 19. Which is BlackRock, Exh. 8. Which is HSBC, Exh. 9. She has a Conflict of Interest with Vanguard Equity – income Adm. In the amount of $15,000.00, on pg. 7, line 20. Which is Vanguard, Exh. 10. Which is HSBC, Exh. 11. She has a Conflict of Interest with Vanguard inflation-Protected Sec. in the amount of

$15,000.00 on pg. 5, line 21. Which is Vanguard, Exh. 12. Which is HSBC, Exh. 11. She has a Conflict of Interest with Vanguard Mid-cap growth Index Ad in the amount of $15,000.00 on pg. 5. Line 22. Which is Vanguard, Exh. 13. Which is HSBC, Exh. 11. She has a Conflict of Interest with Vanguard Small Cap Growth Index in the amount of $15,000 on pg. 5, line 23. Which is Vanguard, Exh. 14. Which is HSBC, Exh. 11. All adding up to a total amount of $310,000.00 in Conflicts of Interest. This is a a  for these reasons this is a federal case and I demand this Prosecutor be Prosecuted or be Sued This is by the fact in cases where there is are overturned cases because of Conflicts of Interest this is their normal Protocol, Google 131 Judges found Guilty of having Conflicts of Interest in the Wall Street Journal and the NY times in violation of **12 U.S.C. § 632** and multiple federal banking provisions (including **12 U.S.C. § 1432(b)**, **12 C.F.R. § 225.28**, and **22 U.S.C. § 2183**). These banks, owned by China Exh. 5, are prohibited from conducting evictions or foreclosures on private residential property in the United States because of such acts constitute foreign banking operations beyond the jurisdiction of any state court. Furthermore, the record demonstrates that **HSBC** continued to pursue foreclosure sales even after judicial orders canceling such actions— illustrating a pattern of racketeering and constructive fraud perpetrated under foreign direction. By failing to register as required under **FARA § 612(a)**, HSBC has operated as an *unregistered agent of a foreign principal*, making all of its foreclosure filings, affidavits, and evictions **void and unlawful** under **§ 618(a)** and case precedent (*United States v. Peace Information Center*, 97 F. Supp. 255 (D.D.C. 1951); *Attorney General v. Irish Northern Aid Committee*, 530 F. 241 (S.D.N.Y. 1981)). In combination with **12 U.S.C. § 632**, which **vests exclusive jurisdiction over foreign banking in the federal courts,**

these unregistered activities strip any state tribunal of lawful authority, rendering all such foreclosures **void ab initio** and in violation of both the FARA Act and federal banking law. HSBC Filed an invalid Assignment of Mortgage because it has no Notary stamp, Notary seal, or Commission number. All in violation of Fl. Statue 695.26 All using **Andrew R Scolaro for Aldridge Pite LLP.** Attorney Firm for Nomura bank who is the Subservicer for HSBC NA, (China), we believe that **Aldridge Pite LLP.** is using HSBC to who he allocated Monies to, finance Attorneys like Atty. Andrew R. Scolaro to pay bribes to Judges to Rule in Foreign Bank's favor no matter what America's Laws say. to show his Financial Statements and to show his Foreign Registration License as required by the 1938 F.A.R.A. ACT to be Regulated by the Federal Government and the D.O.J. Which is a violation of the 1938 F.A.R.A. Act which says no Foreign Bank can do Business in America they can't sell, Assign, or Foreclose on a property. And this is a Fannie Mae loan, Exh. 15 and Fannie mae makes this a Federal Case and Fannie Mae makes this Federal. According to 28 U.S.C. §1446 (d),(g) and (e), governs removal, allowing successive removals (after a case is remanded) only under specific conditions, like when new grounds arise after the first attempt.

CALVIN YOUNG
1711 SW 85th AVE
MIRAMAR FL. 33025

Pro, Se.

MAURICE SYMONETTE
15020 S. RIVER Dr.
MIAMI FL. 33167

Pro. Se