leviathanencyclopedi...   C   ⬆   ⊕

Exh. 1. pg. 11.

# HSBC Bank (China)

Last updated: January 21, 2026 at 1:02 AM

*This article is about the bank in mainland China. For the bank in Hong Kong, see HSBC (Hong Kong). For the global HSBC Group, see HSBC. For other individual entities of the group, see HSBC Bank.*

## HSBC Bank (China) Company Limited



Shanghai IFC complex in Pudong, with the

← → ♦ ⑦ ≡



10:08

google.com/search?q=c

age based moderate track 10% has a business relationship with charles schwab corporation

+5

The Schwab 529 Education Savings Plan, administered by the state of Kansas and managed by TIAA-CREF Tuition Financing, Inc., offers age-based tracks, such as a moderate option. The plan, which includes various investment portfolios with underlying holdings, is offered through Charles Schwab & Co., Inc. and features a 10% allocation to specific funds within its portfolios. 🔵 Charles Schwab +2

## Key Details of Schwab Education Savings Accounts

- **529 Plan Structure:** The <u>Schwab 529 Education Savings Plan</u> is a state-sponsored program allowing tax-deferred growth for education expenses.

- **Management:** TIAA-CREF Tuition Financing, Inc. is the program manager, with services offered through <u>Charles Schwab & Co., Inc.</u>.

- **Investment Options:** The plan offers age-based, fixed-allocation. and individual investment

Ask anything



Exh. 6

10:12



X

charles Schwab corporation has shares with vanguard

+3

Yes, **Vanguard Group Inc. is a major shareholder in The Charles Schwab Corporation (SCHW).** As of recent 2025/2026 filings, Vanguard is often listed as the largest institutional owner of Schwab shares. 🔗

- **Significant Ownership:** Vanguard has held over 148 million shares of Charles Schwab Corporation (SCHW), representing roughly 8.18% ownership of the company.

- **Recent Activity:** While Vanguard has held massive positions, they have also engaged in adjusting their holdings, such as slightly reducing their stake in certain periods while remaining a top institutional investor.

- **Context:** Vanguard holds these shares as part of its broad-based index funds and institutional portfolios, meaning Vanguard manages funds that invest *in* Schwab, rather than using Vanguard's internal company funds to buy them. 🅕 Fintel +1

*Note: Vanguard and Charles Schwab are competitors in the brokerage, mutual fund, and ETF industry.* 🔗

Ask anything



*Exh. 7*

vanguard has shares with hsbc



Yes, The Vanguard Group, Inc. is a major institutional shareholder in HSBC Holdings plc, holding approximately 5.0% of its shares outstanding. Vanguard holds these shares across various international and total stock market index funds, including the Vanguard FTSE Developed Markets ETF (VEA) and Vanguard Total International Stock ETF (VXUS). 🔗

Key details regarding Vanguard's position in HSBC:

- **Significant Holdings:** Vanguard is among the top institutional investors in HSBC.

- **Relevant Funds:** Shares are held within funds like Vanguard Total International Stock ETF (VXUS), which includes HSBC Holdings plc as a high-dividend international stock.

- **Other Major Shareholders:** Other significant

Ask anything



Home       Search       Images       Notifications       Activity



*Exh. 8*

Yes, Fidelity Investments has a long-term strategic partnership with BlackRock to offer commission-free trading on many **iShares ETFs** (which are managed by BlackRock) to Fidelity brokerage customers. This relationship, which has been expanded over the years, includes using BlackRock's iShares in Fidelity's managed portfolios, though they remain separate companies. ○ Fidelity +4

Key details of the relationship include:

- **Commission-Free Trading:** Fidelity provides its customers with access to a broad selection of iShares ETFs.

- **Strategic Alliance:** The companies partnered to leverage their respective strengths, supporting Fidelity's distribution of iShares ETFs through its network.

- **Portfolio Integration:** BlackRock assists in developing investment strategies and allows for the use of iShares in Fidelity's managed account services, such as Portfolio Advisory Services.

- **Independent Entities:** Despite the partnership, Fidelity Investments and BlackRock, Inc. are

Ask anything



7:58



Exh. 16

✕

Vanguard Equity-Income Adm. is vanguard

 +6

Yes, **Vanguard Equity-Income Admiral Shares (VEIRX)** is a Vanguard mutual fund launched in 2001, designed to provide above-average income and long-term capital appreciation by investing in high-dividend-paying large-cap stocks. It is an **actively managed** fund focusing on value stocks with a very low 0.17% expense ratio. 😊 Yahoo Finance +4

**Key Details About VEIRX:**

- **Fund Manager:** Vanguard Quantitative Equity Group (since 2003).

- **Focus:** Invests at least 80% of assets in equities, primarily high-yield, dividend-paying medium-to-large companies.

- **Goal:** Above-average current income and reasonable long-term capital appreciation.

- **Minimum Investment:** $50,000 for Admiral Shares.

Ask anything



Home        Search        Images        Notifications        Activity



7:59

Exh. 11

vanguard has a business relationship with
HSBC

 +5

Yes, Vanguard has a business relationship with HSBC,
primarily centered on operational partnerships.
HSBC Bank USA, N.A. acts as a participating program
bank in the **Vanguard Cash Plus Account sweep
program**, where customer cash balances can be
deposited. Additionally, Vanguard has managed
401(k) plans for HSBC employees and often
competes directly with HSBC Asset Management in
the UK fund market. 🔗

**Key Aspects of the Relationship:**

- **Cash Sweep Program:** HSBC is one of the banks
  involved in holding idle cash for Vanguard
  brokerage clients.

- **Corporate Benefits:** Vanguard has provided
  retirement plan services for HSBC employees.

- **Competition & Comparison:** In the UK, investors
  often compare Vanguard's LifeStrategy funds with

Ask anything



Home        Search        Images        Notifications        Activity



Exh. 12

Vanguard Inflation-Protected Sec is Vanguard

**V!** +5

Yes, the **Vanguard Inflation-Protected Securities Fund** is a legitimate, actively managed mutual fund offered by Vanguard. It primarily invests at least 80% of its assets in U.S. Treasury Inflation-Protected Securities (TIPS) to protect against inflation. **v** Vanguard +2

**Key Details:**

- **Purpose:** Protect investors from the eroding effects of inflation by investing in "real" return bonds.

- **Fund Types:** Available as Investor Shares (**VIPSX**) and Admiral Shares (**VAIPX**).

- **Key Traits:** Moderate to high interest rate risk with a portfolio average maturity of 7 to 20 years.

- **Expense Ratio:** 0.20% as of April 2025. **v** Vanguard +3

Ask anything



| Home | Search | Images | Notifications | Activity |



8:08

*Exh. 13*

Vanguard Mid-Cap Growth Index Ad is Vanguard

**V** +3

Yes, the **Vanguard Mid-Cap Growth Index Fund Admiral Shares (VMGMX)** is a proprietary Vanguard mutual fund. It is a passively managed, low-cost fund designed to track the <u>CRSP US Mid Cap Growth Index</u>, offering exposure to mid-size U.S. companies with high growth potential.  **v** Vanguard +2

Key details about the fund (VMGMX) include:

- **Strategy:** Full-replication, meaning it buys all (or almost all) stocks in the index.

- **Target:** Mid-capitalization U.S. growth companies, which are generally more volatile than large-company stocks.

- **Costs:** Low expense ratios.

- **Management:** Passively managed by Vanguard's equity index team.

- **Risks:** High potential for volatility due to the growth focus and sector-specific risks  **v** Vanguard +3

Ask anything



| Home | Search | Images | Notifications | Activity |

Case 1:25-cv-02837-JHR Document 19-1 Entered on FLSD Docket 04/24/2026 Page 10 of 12

Exh.14

is a Vanguard-managed mutual fund designed to track the CRSP US Small Cap Growth Index. It offers exposure to small-capitalization U.S. growth stocks using a low-cost, passive management approach. **v** Vanguard +1

Key details:

- **Fund Types:** Available as Admiral Shares (VSGAX) and Institutional Shares (VSGIX).

- **Objective:** Seeks to replicate a broadly diversified index of small-cap growth stocks.

- **Performance & Risk:** Historically high volatility, often with faster growth potential than the broader market.

- **Fees:** Low expense ratios are a key feature. **v** Vanguard +3

Other Vanguard small-cap options include the

Exh. 16

Assessor's Property Tax Parcel/Account Number(s):

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness: _Mack Wells_

Printed Name of Witness: _Mack Wells_

Signature of First Party: _____

Printed Name of First Party: _Maurice Symonette_

Address of Witness: _15020 South River DR.,_
_Miami FL. 33167_

_2nd witness James Buckman_
_J. Buck_
_15020 S. River dr_
_Miami FL. 33167_

State of _Florida_
County of _Miami DADE_ } ss.

I certify that I know or have satisfactory evidence that ~~_____~~ _Latore Young_ (name of person) is the person who appeared before me, and said person acknowledged that he/she signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as _____ (officer, trustee, etc.) of _____ _____ (name of party on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: _1-30-2008_       Signature: _Fannie Mitchell_

(Seal or Stamp)       Title: _____

My appointment expires: _____

STATE OF FLORIDA COUNTY OF DADE
I HEREBY CERTIFY that this is a true copy of the
original filed in this office on ____ day of
____ , A.D. 20 __
WITNESS my hand and Official Seal.
HARVEY RUVIN, CLERK of Circuit and County Courts
By _____ D.C.

Page 2

Exh. 16

Assessor's Property Tax Parcel/Account Number(s): _____

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness: _Mack Wells_

Printed Name of Witness: _Mack Wells_

Signature of First Party: _____

Printed Name of First Party: _Maurice Symonette_

Address of Witness: _15020 South River DR.,_
_Miami FL. 33167_

2nd witness James Buckman
J. Buch
15020 S. River dr
minmi FL. 33167

State of _Florida_
County of _Miami DADE_ } SS.

I certify that I know or have satisfactory evidence that ~~C~~ _Calvin Young_ (name of person) is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as _____ (officer, trustee, etc.) of _____ name of party on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: _1-30-2008_

Signature _Fannie Mitchell_

(Seal or Stamp)

Title: _____

My appointment expires: _____

[Notary seal: FANNIE K. MITCHELL — MY COMMISSION EXPIRES March — NOTARY PUBLIC STATE OF FLORIDA]

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that this is a true copy of the
original filed in this office on ___16___ day of
___Nov___, A.D. 20_15_
WITNESS my hand and Official Seal
HARVEY RUVIN, Clerk of Circuit and County Courts
By _____ D.C.

Page 2